PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL A. JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
DAVID S. SHEVITZ, State Bar No. 271917
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
(213) 894-3240 telephone
(213) 894-2603 facsimile
Email: David.S.Shevitz@usdoj.gov

**FILED & ENTERED**

**DEC 09 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**LOS ANGELES KOREAN 1ST PRESBYTERIAN CHURCH CORPORATION,**<br><br>Debtor. | Case No.: 2:24-bk-18457-BB<br><br>Chapter 11<br><br>**ORDER GRANTING UNITED STATES TRUSTEE'S NOTICE OF MOTION AND MOTION UNDER 11 U.S.C. § 1112(B) TO DISMISS, CONVERT, OR DIRECT THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**<br><br>Hearing Date:  December 5, 2024<br>Time          10:00 a.m.<br>Place         Courtroom 1539<br>              255 E. Temple St.<br>              Los Angeles, CA 90012 |

- 1 -

A hearing was held in the above-referenced matter on December 5, 2024, at 10:00 a.m. Appearances were as noted on the record. After consideration of the pleadings filed by the parties, the supporting evidence, the oral arguments presented at the time of the hearing, for GOOD CAUSE APPEARING, and for the reasons stated on the record,

**IT IS ORDERED** as follows:

1. The United States Trustee's Motion under 11 U.S.C. § 1112(b) to Dismiss, Convert, or Direct the Appointment of a Chapter 11 Trustee ("Motion") (Docket No. 22) is GRANTED to the extent set forth herein.

2. The bankruptcy case is hereby dismissed.

3. The Court shall retain jurisdiction regarding attorney compensation pursuant to 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure ("FRBP") 2017 and/or regarding the payment of other professionals paid by the Debtor and the case shall remain open for a period of 60 days for the Court to adjudicate any such matters.

###

Date: December 9, 2024

Sheri Bluebond
United States Bankruptcy Judge